UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                INDICTMENT
                                                   **PENALTY SHEET**

EDWARD PEREZ RIOS,

    Defendant.
_____/

**COUNTS 1, 2, & 3** – Receipt and Attempted Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) and (b)(1)

**Maximum penalty:** Not less than 15 years nor more than 40 years and/or $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583(k)] (Class B Felony, 18 U.S.C. § 3559)

**Mandatory Special Assessments**: $100 and $5,000 [18 U.S.C. §§ 3013, 3014]

**Additional Special Assessment**: up to $35,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. §§ 2259, 3663A]

**Other**: Sex offender registration

**COUNT 4**—Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

**Maximum penalty:** Not less than 10 years and up to 20 years imprisonment and/or $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Mandatory Special Assessments**: $100 and $5,000 [18 U.S.C. §§ 3013, 3014]

**Additional Special Assessment**: up to $17,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. §§ 2259, 3663A]

**Other**: Sex offender registration

2

**FORFEITURE**

Date:  April 19, 2019                    /s/Alexis Sanford
                                          Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046