UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,

v.

EDWARD PEREZ RIOS

                Defendant.

Case No. 1:19-cr-96

Hon. Paul L. Maloney

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant  EDWARD PEREZ RIOS , through his/her attorney, submits the following initial pretrial conference summary statement.

I.     DISCOVERY

       ☒  The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

       The defendant   ☒ will   ☐ will not provide reciprocal discovery.

II.     TRIAL

       The defendant requests a   ☒ jury   ☐ non-jury  trial.

III.     MISCELLANEOUS

       The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

       ☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

       ☐ Counsel for defendant is aware of the following potential conflicts:

IV.     OBLIGATIONS

       ☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date  April 25, 2019             /s/ Joanna C. Kloet
                                                 Counsel for Defendant