IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
July 13, 2026 1:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: AR / 7.13

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 1:19-cr-096-01

EDWARD PEREZ RIOS,

Defendant.

**EDWARD PEREZ RIOS' MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2)**

Defendant Edward Perez Rios moves this Court pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence to 15 years, which is the mandatory minimum sentence applicable to his conviction, or by such other amount the Court deems just and equitable. When Rios was sentenced, he received two additional criminal history points because he was subject to another criminal justice sentence when he committed his offense conduct. In 2023, the United States Sentencing Commission retroactively eliminated the Sentencing Guideline provision that resulted in Rios receiving these criminal history points. See Amendment 821 (eliminating so-called "status points" from the Guidelines). The Sentencing Commission eliminated "status points" based on the lack of an empirical link between the 18 U.S.C. § 3553(a) sentencing objectives and the use of status points. The Court should exercise its discretion to rule in Rios' favor. Rios is a model prisoner and has attempted to use his term of imprisonment to better himself and address the issues that resulted in his imprisonment.

Dated: July 8, 2026

Sent Via:
Certified Mail
No. 7020 2450 0002 2170 5522

Edward Perez Rios
22545-040 | Unit K2
P.O. Box 1000
Sandstone, MN 55072

COMMITTED NAME: Edward Perez Rios
REG. NO. & QTRS.: 22545-040 Unit K-2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

CERTIFIED MAIL

7020 2450 0002 2170 5522

SAINT PAUL MN 550
7 JUL 2026 PM 6 L

UNITED STATES OF AMERICA FOREVER/USA

⇔22545-040⇔
USDC
110 Michigan ST NW
Western District of MI
Grand Rapids, MI 49503
United States

CERTIFIED MAIL

United States District Court for
the Western District of Michigan
110 Michigan Street NW
Grand Rapids, MI, 49503

49503-236399