UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
August 10, 2026 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 8.11

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD PEREZ RIOS,

Defendant.

Case No. 1:19-cr-00096-PLM

Hon. Paul L. Maloney

**Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Guideline Amendment No. 821)**

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then United States Sentencing Guideline (U.S.S.G.) § 4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024. In support of this motion, I state as follows:

1. I am serving a term of imprisonment.
2. My presentence report:

   ☆ included "Status Points" in the calculation of my criminal history score under then-U.S.S.G. § 4A1.1(d).

   scored me as having zero criminal history points.

3. I was sentenced in the Western District of Michigan on (date) 03-02-20 to a term of 192 months in prison. My total offense level was 33 and my criminal history category was 3.
4. My projected release date is 08-24-34. I understand that the Amendment does not authorize release of any defendant before February 1, 2024.
5. I Have my own Attorney ~~I hereby request a court-appointed attorney. In support of my request, I have completed the enclosed Financial Affidavit.~~ (Note: appointment of counsel is discretionary with the Court.)

**WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.**

Signature of Petitioner: [signature] Date: 8-3-26

Print or Type Name: Edward Perez Rios Register #: 22545-040

Current Address: P.O. Box 1000 Sandstone, MN 55072

COMMITTED NAME: Edward Perez Rios
REG. NO. & QTRS.: 22545-040 Unit K-2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

**CERTIFIED MAIL**®

7020 2450 0002 2170 5539

SAINT PAUL MN 550
5 AUG 2026 PM




⇔22545-040⇔
USDC
110 Michigan ST NW
Western District of MI
Grand Rapids, MI 49503
United States

LEGAL MAIL
CERTIFIED MAIL
110 Michigan Street, NW

United States District Court
for the Western District of MI
Southern Division
110 Michigan Street, NW
Grand Rapids, MI, 49503

49503-236399

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Federal Correctional Institution
P.O. Box 1000 Sandstone, MN 55072

DATE: 8/4/26

The enclosed letter was processed through Special Handling Procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.