UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:19−cr−00096−PLM

v.

Hon. Paul L. Maloney

EDWARD PEREZ RIOS,

Defendant.
______________________/

**ORDER FOR PREPARATION OF REPORT OF ELIGIBILITY**

Defendant has moved for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) on the basis of Amendment 821 of the Sentencing Guidelines, made retroactive by the Sentencing Commission. The United States Probation Office is hereby directed to prepare and file a short report stating whether the movant may be an eligible defendant because the Final PSR assessed status points or treated movant as a Zero−Point Offender. The Probation Office should not make any other potential eligibility assessment at this step.

IT IS SO ORDERED.

Dated: August 11, 2026

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge