UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD PEREZ RIOS,

Defendant.
______________________________/

Case No. 1:19−cr−00096−PLM

Hon. Paul L. Maloney

**U.S. PROBATION OFFICER'S REPORT OF ELIGIBILITY**

The defendant appears potentially eligible for consideration of modification of sentence under 18 U.S.C. § 3582(c)(2), because he was assessed status points.

Mr. Rios was assessed two status points for being under a criminal justice sentence; however, the removal of the status points would not result in any change to the defendant's criminal history category.

Defendant's projected release date is August 24, 2034, therefore the motion should be addressed in accordance with the Court's procedures.

Dated: August 12, 2026

/s/ Lori Hodel
Supervising U.S. Probation Officer

*This report was served by regular mail upon the defendant at the address provided on the motion.*