UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:19−cr−00096−PLM

v.

Hon. Paul L. Maloney

EDWARD PEREZ RIOS,

Defendant.

______________________________/

**ORDER REGARDING OBJECTIONS TO REPORT OF ELIGIBILITY**

The United States Probation Office has filed a Report of Eligibility in which it concluded that Defendant Edward Perez Rios does not appear to be eligible for consideration of modification of sentence under 18 U.S.C. § 3582(c)(2).

Pursuant to the procedures adopted by the United States District Court for the Western District of Michigan for consideration of motions by defendants for sentence modification arising from Amendment 821 of the United States Sentencing Guidelines, effective November 1, 2023, the parties may file an objection to the conclusion of the Probation Office. The defendant, who is proceeding pro se at this time, must file the objection in writing, specify the reasons for the objection, and must do so within twenty−one (21) days of this order. Failure to file a timely objection may result in dismissal of the motion for modification of sentence.

IT IS SO ORDERED.

Dated: August 12, 2026

/s/ Paul L. Maloney
United States District Judge