UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD PEREZ RIOS,

Defendant.

_______________________________/

Case No. 1:19-cr-96

HONORABLE PAUL L. MALONEY

**AMENDED ORDER REGARDING OBJECTIONS TO REPORT OF ELIGIBILITY**

Defendant Edward Rios has moved for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) on the basis of Amendment 821 to the Sentencing Guidelines, made retroactive by the Sentencing Commission.

The United States Probation Office has filed a Report of Eligibility in which it concludes that Defendant appears potentially eligible for consideration of modification of sentence under 18 U.S.C. § 3582(c)(2) because he was assessed status points. However, the report also notes that removal of the status points would not result in any change to Defendant's criminal history category.

Pursuant to the procedures adopted by the United States District Court for the Western District of Michigan for consideration of motions by defendants for sentence modification arising from Amendment 821 of the United States Sentencing Guidelines, effective November 1, 2023, the parties may file an objection to the conclusion of the Probation Office. The objections must be filed in writing, specify the reasons for the objection, and must do so within 21 days of this

order. Failure to file a timely objection may result in dismissal of the motion for modification of sentence. Responses to an objection may be filed within 21 days of service.

**IT IS SO ORDERED**.

Dated: August 12, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge